**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JA DOE 50, et als., | Civil No. 20-16503 (CCC) |
| Plaintiff(s), | |
| v. | NOTICE OF CALL FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 4(m) |
| HOLY SEE., | |
| Defendant(s), | |

PLEASE TAKE NOTICE, the above-captioned action will be dismissed on __April 30, 2021,__ for failure to effect service of the summons and complaint within 90 days of the filing of the complaint, as to **ALL DEFENDANTS,** unless you establish that proper service was effected within said 90 days, by filing proof of service with the Clerk of the Court before the return date of this notice. If proof of service is not filed before the return date, Plaintiff is required to provide sufficient reason through writing for good cause why this action should not be dismissed.

WILLIAM T. WALSH, CLERK

Date: April 16, 2021           by: ___*Jacquie Lambiase*___
                                       Jacquie Lambiase, Courtroom Deputy
                                       to the Hon. Claire C. Cecchi, U.S.D.J.

cc:  All parties

\*\*If applicable, counsel of record is directed to serve this notice to their client, whose street and post office address do not appear in the complaint as directed by Local Civil Rule 10.1, and to provide proof of service to the Court.