## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JA Doe 50, JA Doe 51, JA Doe 52, and JA Doe 53, | Case No.: 2:20-cv-16503-CCC-MF |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Holy See (State of Vatican City; The Vatican), | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs JA Doe 50, JA Doe 51, JA Doe 52, and JA Doe 53, by and through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Holy See (State of Vatican City; The Vatican).

Date:  April 26, 2021

*Jeffrey R. Anderson*

Jeffrey R. Anderson, #311052019
Rita M. Gribko, #015041994
505 Thornall Street, Suite 405
Edison, New Jersey 08837
Phone: 609-901-5010
Fax:  651-297-6543
jeff@andersonadvocates.com
rita.gribko@andersonadvocates.com